EDWARD KLUMBACH, Respondent, *v.* SILVER MOUNT CEMETERY ASSOCIATION, Appellant.

(Argued May 23, 1935; decided June 11, 1935.)

*Jonas J. Shapiro, Samuel L. Scholer* and *Benjamin J. Rabin* for appellant.

*Joseph P. Walsh* and *Frank H. Innes* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.